IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CR-17-D
No. 4:21-CV-142-D

| | |
|---|---|
| NIKITA RAY COLEMAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | **ORDER** |

For the reasons stated in respondent's memorandum in support of its motion to dismiss [D.E. 91], the court GRANTS respondent's motion to dismiss [D.E. 90], DISMISSES petitioner's motion to vacate [D.E. 84], DENIES as moot petitioner's motion to expedite [D.E. 95], and DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 31 day of May, 2022.

JAMES C. DEVER III
United States District Judge